Fill in this information to identify the case:

United States Bankruptcy Court for the:

Northern District of New York, Utica Division

Case number (if known): _____    Chapter ___11___

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| 1. Debtor's name | Empire Farmstead Brewery, Inc. |

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as names*

_____
_____
_____
_____

**3. Debtor's federal Employer Identification Number (EIN)**    2 7 – 4 5 4 6 2 1 4

**4. Debtor's address**

**Principal place of business**

33 Rippleton Rd
Number        Street

Attn David Katleski

Cazenovia, NY 13035
City                State        ZIP Code

Madison
County

**Mailing address, if different from principal place of business**

_____
Number        Street

_____

P.O. Box

_____
City                State        ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number        Street

_____

_____
City                State        ZIP Code

**5. Debtor's website (URL)**    https://empirebrew.com/empire-farm-brewery/

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor     Empire Farmstead Brewery, Inc.                        Case number *(if known)* _____
           Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply:*

     ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☐ A plan is being filed with this petition.

     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☐ Yes. District _____ When _____ Case number _____
                                       MM / DD / YYYY

         District _____ When _____ Case number _____
                                       MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No

☐ Yes. Debtor _____ Relationship _____

         District _____ When _____
                                          MM / DD / YYYY

         Case number, if known _____

Debtor    Empire Farmstead Brewery, Inc. _____    Case number *(if known)* _____
          Name

**11. Why is the case filed in this district?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the propery?** _____

_____
Number        Street

_____

_____
City                                    State

_____
ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency    _____

Contact name    _____

Phone    _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds?**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,000-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☑ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| Debtor | Empire Farmstead Brewery, Inc. | Case number (if known) _____ |
|---|---|---|
|  | Name |  |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☑ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING --**  Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   08/20/2019
                        MM/ DD/ YYYY

X _____/s/ David Katleski_____        David Katleski
Signature of authorized representative of debtor        Printed name

Title        President

**18. Signature of attorney**

X _____/s/ Lee E Woodard_____        Date   08/20/2019
Signature of attorney for debtor                        MM/ DD/ YYYY

Lee E Woodard
Printed name

Harris Beach, PLLC
Firm name

333 W. Washington Street, Ste. 200
Number        Street

Syracuse                                NY        13202
City                                        State        ZIP Code

(315) 214-2010                        lwoodard@harrisbeach.com
Contact phone                        Email address

1845304                                New York
Bar number                        State

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Empire Farmstead Brewery, Inc. |
| United States Bankruptcy Court for the: | Northern District of New York, Utica Division |
| Case number (if known): | _____ |

☐ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:  Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**
   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2. **Cash on hand** | | | $1,339.00 |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1 Community Bank, N.A. | Checking account | 3544 | $7,991.66 |

4. **Other cash equivalents** *(Identify all)*

| | | | |
|---|---|---|---|
| 4.1 Community Bank, N.A. | | | $5,312.66 |
| 4.2 Community Bank, N.A. | | | |

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   $15,013.12

### Part 2:  Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**
   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit
   **None**

Debtor    **Empire Farmstead Brewery, Inc.**                                    Case number *(if known)* _____
          Name

**8.  Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
     Description, including name of holder of prepayment
     **None**

**9.  Total of Part 2**                                                                    [_____]
     Add lines 7 through 8 (including amounts on any additional sheets). Copy the total to line 81.

| Part 3: | Accounts receivable |
|---|---|

**10.  Does the debtor have any accounts receivable?**
     ☐ No. Go to Part 4.
     ☑ Yes. Fill in the information below.

                                                                          **Current value of debtor's interest**

**11.  Accounts Receivable**

11a. 90 days old or less:        **$17,779.48**      –      **$0.00**          = ...... →        $17,779.48
                              face amount              doubtful or uncollectible accounts

11b. Over 90 days old:           **$9,599.54**       –      **$0.00**          = ...... →        $9,599.54
                              face amount              doubtful or uncollectible accounts

**12.  Total of Part 3**                                                                    $27,379.02
     Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| Part 4: | Investments |
|---|---|

**13.  Does the debtor own any investments?**
     ☑ No. Go to Part 5.
     ☐ Yes. Fill in the information below.

                                          **Valuation method used for current value**    **Current value of debtor's interest**

**14.  Mutual funds or publicly traded stocks not included in Part 1**
     Name of fund or stock:
     **None**

**15.  Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
     Name of fund or stock:                              % of ownership:
     **None**

**16.  Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
     Describe:
     **None**

**17.  Total of Part 4**                                                                    [_____]
     Add lines 14 through 16 (including any additional sheets). Copy the total to line 83.

Debtor    **Empire Farmstead Brewery, Inc.**
_____    Case number *(if known)* _____
Name

| **Part 5:** | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| None | | | | |
| **20. Work in progress** | | | | |
| 20.1 Restaurant food and beverage, brewery finished goods, ingrediants, chemicals, supplies and packaging, | MM / DD / YYYY | | Fair market value | $100,000.00 |
| **21. Finished goods, including goods held for resale** | | | | |
| None | | | | |
| **22. Other inventory or supplies** | | | | |
| None | | | | |

**23. Total of Part 5**

Add lines 19 through 22 (including any additional sheets). Copy the total to line 84.

| $100,000.00 |
|---|

**24. Is any of the property listed in Part 5 perishable?**

☐ No
☑ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No
☐ Yes

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No
☐ Yes

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☐ No. Go to Part 7.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops — either planted or harvested** | | | |
| 28.1 Crops growing and harvested/Agriculture | | | $30,943.00 |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| None | | | |
| **30. Farm machinery and equipment (Other than titled motor vehicles)** | | | |
| None | | | |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| None | | | |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| None | | | |

Debtor    **Empire Farmstead Brewery, Inc.**                                    Case number *(if known)* _____
      Name

33. **Total of Part 6**

    Add lines 28 through 32. Copy the total to line 85.

| | $30,943.00 |
|---|---|

34. **Is the debtor a member of an agricultural cooperative?**

    ☑ No

    ☐ Yes. Is any of the debtor's property stored at the cooperative?

        ☐ No

        ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ☑ No

    ☐ Yes

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ☑ No

    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

## Part 7:  Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No. Go to Part 8.

    ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 39.1   Desks, chairs, Apple and Dell computers with accompanying workstations | | Fair market value | $35,968.40 |
| 40. **Office fixtures** | | | |
| None | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1   Kitchen equipment | | Fair market value | $200,000.00 |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| None | | | |

43. **Total of Part 7**

    Add lines 39 through 42. Copy the total to line 86.

| | $235,968.40 |
|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☑ No

    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

Debtor   **Empire Farmstead Brewery, Inc.**                          Case number *(if known)* _____
         Name

## Part 8:   Machinery, equipment, and vehicles

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**
☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 _____ | | Kelly Blue Book Value | $23,000.00 |

48.  **Watercraft, trailers, motors, and related accesories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels
**None**

49.  **Aircraft and accesories**
**None**

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
**None**

51.  **Total of Part 8**
Add lines 47 through 50. Copy the total to line 87.

|  |
|---|
| $23,000.00 |

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

Debtor    **Empire Farmstead Brewery, Inc.**                                    Case number *(if known)* _____
          Name

## Part 9:  Real Property

**54.  Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

| General description<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**55.  Any building, other improved real estate, or land which the debtor owns or in which the debtor has interest**

None

**56.  Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any addition sheets. Copy the total to line 88.

| _____ |
|---|

**57.  Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

**58.  Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 10:  Intangibles and Intellectual Property

**59.  Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.  Patents, copyrights, trademarks, and trade secrets** | | | |
| None | | | |
| **61.  Internet domain names and websites** | | | |
| None | | | |
| **62.  Licenses, franchises, and royalties** | | | |
| 62.1  Farm Brewery License | $884.00 | | $884.00 |
| **63.  Customer lists, mailing lists, or other compilations** | | | |
| None | | | |
| **64.  Other intangibles, or intellectual property** | | | |
| None | | | |
| **65.  Goodwill** | | | |
| None | | | |

**66.  Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.

| $1,768.00 |
|---|

Debtor    **Empire Farmstead Brewery, Inc.** _____     Case number *(if known)* _____
      Name

**67.** **Do your lists or records include personally identifiable information of customers? (as defined in 11 U.S.C. §§ 101(41A) and 107)**
☑ No
☐ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 11: All other assets

**70.** **Does the debtor own any other assets that have not yet been reported on this form?**
☑ No. Go to Part 12.
☐ Yes. Fill in the information below.

                                                   **Current value of debtor's interest**

**71.** **Notes receivable**
Description (include name of obligor)
**None**

**72.** **Tax refunds and unused net operating losses (NOLs)**
**None**

**73.** **Interests in insurance policies or annuities**
**None**

**74.** **Causes of action against third parties (whether or not a lawsuit has been filed)**
**None**

**75.** **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
**None**

**76.** **Trusts, equitable or future interests in property**
**None**

**77.** **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
**None**

**78.** **Total of Part 11**
Add lines 71 through 77. Copy the total to line 90.

**79.** **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

Debtor   **Empire Farmstead Brewery, Inc.**
         Name
                                                    Case number (if known) _____

| **Part 12:** | **Summary** |

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. Copy line 5, Part 1. | $15,013.12 | |
| 81. Deposits and prepayments. Copy line 9, Part 2. | | |
| 82. Accounts receivable. Copy line 12, Part 3. | $27,379.02 | |
| 83. Investments. Copy line 17, Part 4. | | |
| 84. Inventory. Copy line 23, Part 5. | $100,000.00 | |
| 85. Farming and fishing-related assets. Copy line 33, Part 6. | $30,943.00 | |
| 86. Office furniture, fixtures, and equipment; collectibles. Copy line 43, Part 7. | $235,968.40 | |
| 87. Machinery, equipment, and vehicles. Copy line 51, Part 8. | $23,000.00 | |
| 88. Real property. Copy line 56, Part 9...................................................... | → | |
| 89. Intangibles and intellectual property. Copy line 66, Part 10. | $1,768.00 | |
| 90. All other assets. Copy line 78, Part 11. | + | |
| 91. Total. Add lines 80 through 90 for each column...... 91a. | $434,071.54 | + 91b. $0.00 |
| 92. Total of all property on Schedule A/B. Lines 91a + 91b = 92 ............................................... | | $434,071.54 |

| Debtor | Empire Farmstead Brewery, Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

## Additional Page

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| **4.** Other Cash Equivalents - *Continued* | |
| 4.3 Community Bank, N.A. | $37.23 |
| 4.4 Community Bank, N.A. | |
| 4.5 Community Bank, N.A. | $332.57 |
| 4.6 Community Bank, N.A. | |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **62.** Licenses, franchises, and royalties - *Continued* | | | |
| 62.2 Microbrewery License | $884.00 | | $884.00 |
| 62.3 TTB License/Permit | | | |

Fill in this information to identify the case:

Debtor name    Empire Farmstead Brewery, Inc.

United States Bankruptcy Court for the:
    Northern District of New York, Utica Division

Case number (if known): _____

☐ Check if this is an
    amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

## Part 1: List Creditors Who Have Secured Claims

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** Creditor's name<br>CNY Enterprise Development Corp.<br><br>Creditor's mailing address<br>126 N Salina St Ste 200<br>Syracuse, NY 13202-1065<br>Creditor's email address, if known<br><br>Date debt was incurred    04/22/2015<br>Last 4 digits of account number    ___ ___ ___ ___<br>Do multiple creditors have an interest in the same property?<br>☐ No.<br>☑ Yes. Specify each creditor, including this creditor, and its relative priority.<br>**For Asset: Community Bank, N.A.**<br>**1) CNY Enterprise Development Corp.**<br>2) Community Bank, N.A.<br>3) Greater Syracuse Bus. Dev. Corp.<br>4) Madison County<br>5) Elm Services<br>**For Asset: Crops growing and harvested/Agriculture**<br>1) Community Bank, N.A.<br>**2) CNY Enterprise Development Corp.**<br>3) Madison County<br>4) Greater Syracuse Bus. Dev. Corp.<br>5) Elm Services | Describe debtor's property that is subject to a lien<br>Community Bank, N.A.<br>Crops growing and harvested/Agriculture<br>Desks, chairs, Apple and Dell computers with accompanying workstations<br>Kitchen equipment<br>A/R from Empire Brewing Company<br>*See continuation page.*<br><br>**Describe the lien**<br>Second security interest on all, among other things, inventory, equipment, fixtures and accounts.<br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes.<br>Is anyone else liable on this claim?<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).<br>As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $54,320.88 | $411,071.54 |

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    $9,781,633.41

| Debtor | Empire Farmstead Brewery, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

<table>
<tr><td><strong>Part 1:</strong></td><td><strong>Additional Page</strong></td><td><strong>Column A</strong></td><td><strong>Column B</strong></td></tr>
<tr><td colspan="2">Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.</td><td><strong>Amount of claim</strong><br>Do not deduct the value of collateral.</td><td><strong>Value of collateral that supports this claim</strong></td></tr>
</table>

**For Asset: Desks, chairs, Apple and Dell computers with accompanying workstations**

1) Community Bank, N.A.

2) Greater Syracuse Bus. Dev. Corp.

3) Madison County

4) Elm Services

**5) CNY Enterprise Development Corp.**

**For Asset: Kitchen equipment**

1) Community Bank, N.A.

2) Greater Syracuse Bus. Dev. Corp.

**3) CNY Enterprise Development Corp.**

4) Madison County

5) Elm Services

**For Asset: A/R from Empire Brewing Company**

1) Community Bank, N.A.

2) Greater Syracuse Bus. Dev. Corp.

**3) CNY Enterprise Development Corp.**

4) Madison County

5) Elm Services

**For Asset: Other A/R**

1) Community Bank, N.A.

2) Greater Syracuse Bus. Dev. Corp.

**3) CNY Enterprise Development Corp.**

4) Madison County

5) Elm Services

**For Asset: A/R over 90 days old**

1) Community Bank, N.A.

2) Greater Syracuse Bus. Dev. Corp.

**3) CNY Enterprise Development Corp.**

4) Madison County

5) Elm Services

**For Asset: Cash**

1) Community Bank, N.A.

2) Greater Syracuse Bus. Dev. Corp.

**3) CNY Enterprise Development Corp.**

4) Madison County

5) Elm Services

Debtor  Empire Farmstead Brewery, Inc.                              Case number *(if known)* _____
      Name

| **Part 1:** **Additional Page** | Column A | Column B |
|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**For Asset: Community Bank, N.A.**
1) Community Bank, N.A.
2) Greater Syracuse Bus. Dev. Corp.
**3) CNY Enterprise Development Corp.**
4) Madison County
5) Elm Services

**For Asset: Community Bank, N.A.**
1) Community Bank, N.A.
2) Greater Syracuse Bus. Dev. Corp.
**3) CNY Enterprise Development Corp.**
4) Madison County
5) Elm Services

**For Asset: Community Bank, N.A.**
1) Community Bank, N.A.
2) Greater Syracuse Bus. Dev. Corp.
**3) CNY Enterprise Development Corp.**
4) Madison County
5) Elm Services

**For Asset: Community Bank, N.A.**
1) Community Bank, N.A.
2) Greater Syracuse Bus. Dev. Corp.
**3) CNY Enterprise Development Corp.**
4) Madison County
5) Elm Services

**For Asset: Community Bank, N.A.**
1) Community Bank, N.A.
2) Greater Syracuse Bus. Dev. Corp.
**3) CNY Enterprise Development Corp.**
4) Madison County
5) Elm Services

**For Asset: Community Bank, N.A.**
1) Community Bank, N.A.
2) Greater Syracuse Bus. Dev. Corp.
**3) CNY Enterprise Development Corp.**
4) Madison County
5) Elm Services

Debtor    Empire Farmstead Brewery, Inc.                                    Case number (if known) _____
          Name

| Part 1: | **Additional Page** | Column A | Column B |
|---|---|---|---|
| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**For Asset: Restaurant food and beverage, brewery finished goods, ingredients, chemicals, supplies and packaging,**

1) Community Bank, N.A.

2) Greater Syracuse Bus. Dev. Corp.

**3) CNY Enterprise Development Corp.**

4) Madison County

5) Elm Services

**For Asset: Farm Brewery License**

1) Community Bank, N.A.

**2) CNY Enterprise Development Corp.**

3) Greater Syracuse Bus. Dev. Corp.

4) Madison County

5) Elm Services

**For Asset: Microbrewery License**

1) Community Bank, N.A.

2) Greater Syracuse Bus. Dev. Corp.

**3) CNY Enterprise Development Corp.**

4) Madison County

5) Elm Services

**For Asset: TTB License/Permit**

1) Community Bank, N.A.

2) Greater Syracuse Bus. Dev. Corp.

**3) CNY Enterprise Development Corp.**

4) Madison County

5) Elm Services

**Remarks:** Equipment Loan

Debtor    Empire Farmstead Brewery, Inc.                                    Case number *(if known)* _____
          Name

| Part 1: | **Additional Page** | Column A | Column B |
|---|---|---|---|
| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.2**

| | | | |
|---|---|---|---|
| **Creditor's name** | **Describe debtor's property that is subject to a lien** | $9,254,384.52 | $411,071.54 |

**Creditor's name**
Community Bank, N.A.

**Creditor's mailing address**
PO Box 628

Olean, NY 14760-0628

**Creditor's email address, if known**

Date debt was incurred _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No.

☑ Yes. Have you already specified the relative priority?

**For Asset:**
Community Bank, N.A.

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines    2.1

**For Asset:**
Cash

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines    2.1

**For Asset:**
Crops growing and harvested/Agriculture

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines    2.1

**For Asset:**
Desks, chairs, Apple and Dell computers with accompanying workstations

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines    2.1

**For Asset:**
Kitchen equipment

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines    2.1

**Describe debtor's property that is subject to a lien**
Community Bank, N.A.

Cash

Crops growing and harvested/Agriculture

Desks, chairs, Apple and Dell computers with accompanying workstations

Kitchen equipment

***See continuation page.***

**Describe the lien**
First security interest on all, among other things, equipment, inventory, and accounts receivable.

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor    Empire Farmstead Brewery, Inc.                                    Case number (if known) _____
          Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | Amount of claim<br>Do not deduct the value of collateral. | Value of collateral that supports this claim |

**For Asset:**
**A/R from Empire Brewing Company**
☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines ___2.1___

**For Asset:**
**Other A/R**
☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines ___2.1___

**For Asset:**
**A/R over 90 days old**
☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines ___2.1___

**For Asset:**
**Community Bank, N.A.**
☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines ___2.1___

**For Asset:**
**Community Bank, N.A.**
☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines ___2.1___

**For Asset:**
**Community Bank, N.A.**
☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines ___2.1___

**For Asset:**
**Community Bank, N.A.**
☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines ___2.1___

Debtor    Empire Farmstead Brewery, Inc.                                    Case number (if known) _____
          Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | Amount of claim Do not deduct the value of collateral. | Value of collateral that supports this claim |

**For Asset:**
**Community Bank, N.A.**

☐ No. Specify each creditor, including this
    creditor, and its relative priority.

☑ Yes. The relative priority of creditors is
    specified on lines    2.1

**For Asset:**
**Community Bank, N.A.**

☐ No. Specify each creditor, including this
    creditor, and its relative priority.

☑ Yes. The relative priority of creditors is
    specified on lines    2.1

**For Asset:**
**Restaurant food and beverage, brewery
finished goods, ingredients, chemicals,
supplies and packaging,**

☐ No. Specify each creditor, including this
    creditor, and its relative priority.

☑ Yes. The relative priority of creditors is
    specified on lines    2.1

**For Asset:**
**Farm Brewery License**

☐ No. Specify each creditor, including this
    creditor, and its relative priority.

☑ Yes. The relative priority of creditors is
    specified on lines    2.1

**For Asset:**
**Microbrewery License**

☐ No. Specify each creditor, including this
    creditor, and its relative priority.

☑ Yes. The relative priority of creditors is
    specified on lines    2.1

**For Asset:**
**TTB License/Permit**

☐ No. Specify each creditor, including this
    creditor, and its relative priority.

☑ Yes. The relative priority of creditors is
    specified on lines    2.1

**Remarks:** Building Loan, Equipment Loan, and Line of Credit.

Debtor    Empire Farmstead Brewery, Inc.                                    Case number *(if known)* _____
Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | Amount of claim<br>Do not deduct the<br>value of collateral. | Value of collateral<br>that supports this<br>claim |

| 2.3 | Creditor's name | Describe debtor's property that is subject to a lien | unknown | $411,071.54 |
|---|---|---|---|---|

**2.3** Creditor's name
Elm Services

Creditor's mailing address
PO Box 15270
Irvine, CA 92623-5270

Creditor's email address, if known

Date debt was incurred    02/03/2016

Last 4 digits of account
number    2  0  0  0

Do multiple creditors have an interest in the same property?
☐ No.
☑ Yes. Have you already specified the relative priority?

**For Asset:**
**Community Bank, N.A.**
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines    2.1

**For Asset:**
**Crops growing and harvested/Agriculture**
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines    2.1

**For Asset:**
**Desks, chairs, Apple and Dell computers with accompanying workstations**
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines    2.1

**For Asset:**
**Kitchen equipment**
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines    2.1

**Describe debtor's property that is subject to a lien**
Community Bank, N.A.
Crops growing and harvested/Agriculture
Desks, chairs, Apple and Dell computers with accompanying workstations
Kitchen equipment
A/R from Empire Brewing Company
*See continuation page.*

**Describe the lien**
Second security interest on all, among other things, equipment and personal property.

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor    Empire Farmstead Brewery, Inc.    Case number *(if known)* _____
        Name

| Part 1: Additional Page | Column A | Column B |
|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | Amount of claim<br>Do not deduct the value of collateral. | Value of collateral that supports this claim |

**For Asset:**
**A/R from Empire Brewing Company**
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines ___2.1___

**For Asset:**
**Other A/R**
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines ___2.1___

**For Asset:**
**A/R over 90 days old**
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines ___2.1___

**For Asset:**
**Cash**
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines ___2.1___

**For Asset:**
**Community Bank, N.A.**
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines ___2.1___

**For Asset:**
**Community Bank, N.A.**
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines ___2.1___

**For Asset:**
**Community Bank, N.A.**
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines ___2.1___

Debtor    Empire Farmstead Brewery, Inc.                                    Case number *(if known)* _____
          _____
          Name

| Part 1: Additional Page | Column A | Column B |
|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**For Asset:**
**Community Bank, N.A.**

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines _____2.1_____

**For Asset:**
**Community Bank, N.A.**

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines _____2.1_____

**For Asset:**
**Community Bank, N.A.**

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines _____2.1_____

**For Asset:**
**Restaurant food and beverage, brewery finished goods, ingredients, chemicals, supplies and packaging,**

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines _____2.1_____

**For Asset:**
**Farm Brewery License**

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines _____2.1_____

**For Asset:**
**Microbrewery License**

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines _____2.1_____

**For Asset:**
**TTB License/Permit**

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines _____2.1_____

Debtor    Empire Farmstead Brewery, Inc.                    Case number *(if known)* _____
      Name

| Part 1: | Additional Page | Column A | Column B |
|---------|-----------------|----------|----------|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | | Amount of claim Do not deduct the value of collateral. | Value of collateral that supports this claim |

**2.4**

| | | |
|---|---|---|
| **Creditor's name** | **Describe debtor's property that is subject to a lien** | $295,385.99      $0.00 |
| Feldmeier Equipment, Inc. | | |

**Describe the lien**
Third security interest on certain equipment.

**Creditor's mailing address**
6800 Townline Road, PO Box 474
Syracuse, NY 13211-0474

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Date debt was incurred** 01/24/2017

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No.

☐ Yes. Have you already specified the relative priority?

Debtor    Empire Farmstead Brewery, Inc.                                      Case number *(if known)* _____
            Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | | | $54,320.88 | $411,071.54 |

**2.5** **Creditor's name**
Greater Syracuse Bus. Dev. Corp.

**Creditor's mailing address**
101 S Salina St Ste 1030

Syracuse, NY 13202-4303

**Creditor's email address, if known**

**Date debt was incurred**    04/22/2015

**Last 4 digits of account number**    ___  ___  ___  ___

**Do multiple creditors have an interest in the same property?**
☐ No.

☑ Yes. Have you already specified the relative priority?

> **For Asset:**
> **Community Bank, N.A.**
> ☐ No. Specify each creditor, including this creditor, and its relative priority.
> ☑ Yes. The relative priority of creditors is specified on lines    2.1

> **For Asset:**
> **Cash**
> ☐ No. Specify each creditor, including this creditor, and its relative priority.
> ☑ Yes. The relative priority of creditors is specified on lines    2.1

> **For Asset:**
> **Crops growing and harvested/Agriculture**
> ☐ No. Specify each creditor, including this creditor, and its relative priority.
> ☑ Yes. The relative priority of creditors is specified on lines    2.1

> **For Asset:**
> **Desks, chairs, Apple and Dell computers with accompanying workstations**
> ☐ No. Specify each creditor, including this creditor, and its relative priority.
> ☑ Yes. The relative priority of creditors is specified on lines    2.1

**Describe debtor's property that is subject to a lien**
Community Bank, N.A.

Cash

Crops growing and harvested/Agriculture

Desks, chairs, Apple and Dell computers with accompanying workstations

Kitchen equipment

***See continuation page.***

**Describe the lien**
Second security interest on all, among other things, inventory, equipment, fixtures, and accounts.

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor    Empire Farmstead Brewery, Inc.                                    Case number *(if known)* _____
_____
Name

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|
| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**For Asset:**
**Kitchen equipment**
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines    2.1

**For Asset:**
**A/R from Empire Brewing Company**
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines    2.1

**For Asset:**
**Other A/R**
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines    2.1

**For Asset:**
**A/R over 90 days old**
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines    2.1

**For Asset:**
**Community Bank, N.A.**
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines    2.1

**For Asset:**
**Community Bank, N.A.**
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines    2.1

**For Asset:**
**Community Bank, N.A.**
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines    2.1

Debtor    Empire Farmstead Brewery, Inc.                                    Case number *(if known)* _____
          Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**For Asset:**
**Community Bank, N.A.**

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines _____2.1_____

**For Asset:**
**Community Bank, N.A.**

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines _____2.1_____

**For Asset:**
**Community Bank, N.A.**

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines _____2.1_____

**For Asset:**
**Restaurant food and beverage, brewery finished goods, ingredians, chemicals, supplies and packaging,**

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines _____2.1_____

**For Asset:**
**Farm Brewery License**

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines _____2.1_____

**For Asset:**
**Microbrewery License**

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines _____2.1_____

**For Asset:**
**TTB License/Permit**

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines _____2.1_____

| Debtor | Empire Farmstead Brewery, Inc. | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | Amount of claim Do not deduct the value of collateral. | Value of collateral that supports this claim |

Remarks: Equipment Loan.

**2.6** **Creditor's name**
Madison County

**Creditor's mailing address**
3215 Seneca Tpke

Canastota, NY 13032-3511

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No.
☑ Yes. Have you already specified the relative priority?

    **For Asset:**
    **Community Bank, N.A.**
    ☐ No. Specify each creditor, including this creditor, and its relative priority.
    ☑ Yes. The relative priority of creditors is specified on lines ___2.1___

    **For Asset:**
    **Crops growing and harvested/Agriculture**
    ☐ No. Specify each creditor, including this creditor, and its relative priority.
    ☑ Yes. The relative priority of creditors is specified on lines ___2.1___

    **For Asset:**
    **Desks, chairs, Apple and Dell computers with accompanying workstations**
    ☐ No. Specify each creditor, including this creditor, and its relative priority.
    ☑ Yes. The relative priority of creditors is specified on lines ___2.1___

    **For Asset:**
    **Kitchen equipment**
    ☐ No. Specify each creditor, including this creditor, and its relative priority.
    ☑ Yes. The relative priority of creditors is specified on lines ___2.1___

**Describe debtor's property that is subject to a lien**
Community Bank, N.A.

Crops growing and harvested/Agriculture

Desks, chairs, Apple and Dell computers with accompanying workstations

Kitchen equipment

A/R from Empire Brewing Company

*See continuation page.*

**Describe the lien**
Second secuirty interest on all, among other things, inventory, equipment, fixtures and accounts.

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: $100,421.99

Value of collateral: $411,071.54

Debtor   Empire Farmstead Brewery, Inc.                                    Case number *(if known)* _____
         Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | Amount of claim<br>Do not deduct the value of collateral. | Value of collateral that supports this claim |

**For Asset:**
**A/R from Empire Brewing Company**
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines ___2.1___

**For Asset:**
**Other A/R**
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines ___2.1___

**For Asset:**
**A/R over 90 days old**
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines ___2.1___

**For Asset:**
**Cash**
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines ___2.1___

**For Asset:**
**Community Bank, N.A.**
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines ___2.1___

**For Asset:**
**Community Bank, N.A.**
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines ___2.1___

**For Asset:**
**Community Bank, N.A.**
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines ___2.1___

Debtor    Empire Farmstead Brewery, Inc.                          Case number (if known) _____
         Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | Amount of claim Do not deduct the value of collateral. | Value of collateral that supports this claim |

**For Asset:**
**Community Bank, N.A.**
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines ___2.1___

**For Asset:**
**Community Bank, N.A.**
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines ___2.1___

**For Asset:**
**Community Bank, N.A.**
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines ___2.1___

**For Asset:**
**Restaurant food and beverage, brewery finished goods, Ingredients, chemicals, supplies and packaging,**
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines ___2.1___

**For Asset:**
**Farm Brewery License**
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines ___2.1___

**For Asset:**
**Microbrewery License**
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines ___2.1___

**For Asset:**
**TTB License/Permit**
☐ No. Specify each creditor, including this creditor, and its relative priority.
☑ Yes. The relative priority of creditors is specified on lines ___2.1___

Debtor    Empire Farmstead Brewery, Inc.                                    Case number (if known) _____
          Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | Amount of claim Do not deduct the value of collateral. | Value of collateral that supports this claim |

Remarks: Equipment and Working Capital Loan

| 2.7 | Creditor's name | Describe debtor's property that is subject to a lien | $22,799.15 | $23,000.00 |
|---|---|---|---|---|

**Creditor's name**
NBT Bank

**Describe debtor's property that is subject to a lien**
2016 Ford F250 Super 4 Door Ext 8

**Creditor's mailing address**
Po Box 351

Norwich, NY 13815-0351

**Describe the lien**
Automobile Loan

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Date debt was incurred**    12/19/2016

**Last 4 digits of account number**    5  8  1  4

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No.

☐ Yes. Have you already specified the relative priority?

☑ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

Debtor    Empire Farmstead Brewery, Inc.    Case number *(if known)* _____
_____
Name

### Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line _____ | ___ ___ ___ ___ |

Debtor    Empire Farmstead Brewery, Inc.                                          Case number *(if known)* _____
_____
Name

<div style="background:black;color:white;display:inline">Part 1:</div> **Additional Page**

2.

| <div style="background:black;color:white">2.1</div> **Creditor's name** | **Describe debtor's property that is subject to a lien** |
|---|---|
| CNY Enterprise Development Corp. | Other A/R |
| | Other A/R |
| | A/R over 90 days old |
| | Cash |
| | Community Bank, N.A. |
| | Community Bank, N.A. |
| | Community Bank, N.A. |
| | Community Bank, N.A. |
| | Community Bank, N.A. |
| | Community Bank, N.A. |
| | Restaurant food and beverage, brewery finished goods, ingredients, chemicals, supplies and packaging, |
| | Farm Brewery License |
| | Microbrewery License |
| | TTB License/Permit |

| <div style="background:black;color:white">2.2</div> **Creditor's name** | **Describe debtor's property that is subject to a lien** |
|---|---|
| Community Bank, N.A. | A/R from Empire Brewing Company |
| | A/R from Empire Brewing Company |
| | Other A/R |
| | A/R over 90 days old |
| | Community Bank, N.A. |
| | Community Bank, N.A. |
| | Community Bank, N.A. |
| | Community Bank, N.A. |
| | Community Bank, N.A. |
| | Community Bank, N.A. |
| | Restaurant food and beverage, brewery finished goods, ingredients, chemicals, supplies and packaging, |
| | Farm Brewery License |
| | Microbrewery License |
| | TTB License/Permit |

| <div style="background:black;color:white">2.3</div> **Creditor's name** | **Describe debtor's property that is subject to a lien** |
|---|---|
| Elm Services | Other A/R |
| | Other A/R |
| | A/R over 90 days old |

Debtor    Empire Farmstead Brewery, Inc.                                          Case number *(if known)* _____
          Name

| Part 1: | **Additional Page** |

|  | Cash |
|  | Community Bank, N.A. |
|  | Community Bank, N.A. |
|  | Community Bank, N.A. |
|  | Community Bank, N.A. |
|  | Community Bank, N.A. |
|  | Community Bank, N.A. |
|  | Restaurant food and beverage, brewery finished goods, ingredients, chemicals, supplies and packaging, |
|  | Farm Brewery License |
|  | Microbrewery License |
|  | TTB License/Permit |

| 2.4 | **Creditor's name** | **Describe debtor's property that is subject to a lien** |
|  | Feldmeier Equipment, Inc. |  |

| 2.5 | **Creditor's name** | **Describe debtor's property that is subject to a lien** |
|  | Greater Syracuse Bus. Dev. Corp. | A/R from Empire Brewing Company |
|  |  | A/R from Empire Brewing Company |
|  |  | Other A/R |
|  |  | A/R over 90 days old |
|  |  | Community Bank, N.A. |
|  |  | Community Bank, N.A. |
|  |  | Community Bank, N.A. |
|  |  | Community Bank, N.A. |
|  |  | Community Bank, N.A. |
|  |  | Community Bank, N.A. |
|  |  | Restaurant food and beverage, brewery finished goods, ingredients, chemicals, supplies and packaging, |
|  |  | Farm Brewery License |
|  |  | Microbrewery License |
|  |  | TTB License/Permit |

| 2.6 | **Creditor's name** | **Describe debtor's property that is subject to a lien** |
|  | Madison County | Other A/R |

Debtor    Empire Farmstead Brewery, Inc.                                    Case number (if known) _____
          Name

## Part 1:    Additional Page

|  | Other A/R |
|  | A/R over 90 days old |
|  | Cash |
|  | Community Bank, N.A. |
|  | Community Bank, N.A. |
|  | Community Bank, N.A. |
|  | Community Bank, N.A. |
|  | Community Bank, N.A. |
|  | Community Bank, N.A. |
|  | Restaurant food and beverage, brewery finished goods, ingrediants, chemicals, supplies and packaging, |
|  | Farm Brewery License |
|  | Microbrewery License |
|  | TTB License/Permit |

**2.7    Creditor's name**

NBT Bank

**Describe debtor's property that is subject to a lien**

---

Fill in this information to identify the case:

Debtor name _____ Empire Farmstead Brewery, Inc. _____

United States Bankruptcy Court for the:
_____ Northern District of New York, Utica Division _____

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2
in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)
    ☐ No. Go to Part 2.
    ☑ Yes. Go to line 2.

2.  List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with
    priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $19,705.00 | $19,705.00 |
|---|---|---|---|---|

**2.1**

Priority creditor's name and mailing address
**Alcohol and Tobacco Tax and Trade Bureau**

**TTB Excise Tax**

**PO Box 790353**

**St. Louis, MO 63179-0353**

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(8)**
Remarks: Taxes owed for Q4 2018, Q1 2019, and Q2
2019.

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
**Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$19,705.00**  Priority amount: **$19,705.00**

**2.2**

Priority creditor's name and mailing address
**NYS Commissioner of Taxation and
Finance**

**NYS Assessment Receivables**

**PO Box 4127**

**Binghamton, NY 13902-4127**

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(8)**
Remarks: MT-50 Alcoholic Beverage Tax for 2017 and
2018.

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:
**Alcoholic Beverage Tax**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$34,639.00**  Priority amount: **$34,639.00**

Debtor    **Empire Farmstead Brewery, Inc.**
　　　　　Name

Case number *(if known)* _____

---

**Part 2:** **List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address
**Aloi Materials Handling & Automation**

140 Commerce Dr

Rochester, NY 14623-3504

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services Rendered

Is the claim subject to offset?
☑ No
☐ Yes

**$3,894.00**

---

**3.2** Nonpriority creditor's name and mailing address
**ASCAP**

21678 Network Pl

Chicago, IL 60673-1216

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services Rendered

Is the claim subject to offset?
☑ No
☐ Yes

**$625.15**

---

**3.3** Nonpriority creditor's name and mailing address
**BSG CraftBrewing**

PO Box 74769

Chicago, IL 60694-4769

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services rendered

Is the claim subject to offset?
☑ No
☐ Yes

**$11,801.19**

---

**3.4** Nonpriority creditor's name and mailing address
**Cascades Containerboard Packaging**

PO Box 7575

Lancaster, NY 14086-7575

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services Rendered

Is the claim subject to offset?
☑ No
☐ Yes

**$1,686.40**

---

**3.5** Nonpriority creditor's name and mailing address
**Country Malt - North Country**

PO Box 51602

Los Angeles, CA 90051-5902

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services Rendered

Is the claim subject to offset?
☑ No
☐ Yes

**$2,749.36**

---

Debtor    **Empire Farmstead Brewery, Inc.**                    Case number *(if known)* _____
         Name

| **Part 2:** | **Additional Page** |
|---|---|

**3.6** **Nonpriority creditor's name and mailing address**
DaylightBLUE Media

224 Scottham Terrace

Syracuse, NY 13224

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services Rendered

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,830.00

---

**3.7** **Nonpriority creditor's name and mailing address**
Deer Hill Farm LLC

4117 Burlingame Road

Cazenovia, NY 13035

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services Rendered

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,050.00

---

**3.8** **Nonpriority creditor's name and mailing address**
Farmer Boy AG

1133 NY-318

Waterloo, NY 13165

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services Rendered

**Is the claim subject to offset?**
☑ No
☐ Yes

$6,500.00

---

**3.9** **Nonpriority creditor's name and mailing address**
G&D Chillers, Inc.

760 Bailey Hill Rd

Eugene, OR 97402-5451

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services and equipment rendered

**Is the claim subject to offset?**
☑ No
☐ Yes

$16,097.20

---

**3.10** **Nonpriority creditor's name and mailing address**
Gamer Packaging

330 2nd Ave S Ste 895

Minneapolis, MN 55401-2302

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services Rendered

**Is the claim subject to offset?**
☑ No
☐ Yes

$41,582.46

Debtor    **Empire Farmstead Brewery, Inc.**                                    Case number *(if known)* _____
           Name

| **Part 2:** | **Additional Page** |

**3.11** Nonpriority creditor's name and mailing address

Gartner Equipment Company, Inc.

302 Sand St, P.O. Box 11199

Syracuse, NY 13204-1234

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services Rendered

Is the claim subject to offset?
☑ No
☐ Yes

$1,076.11

---

**3.12** Nonpriority creditor's name and mailing address

GEA Mechanical Equipment

100 Fairway Court

Northvale, NJ 07647

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services Rendered

Is the claim subject to offset?
☑ No
☐ Yes

$126,000.00

---

**3.13** Nonpriority creditor's name and mailing address

Gerharz Equipment Inc.

6146 E Molloy Rd

East Syracuse, NY 13057-1020

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Goods and services
Basis for the claim:  rendered

Is the claim subject to offset?
☑ No
☐ Yes

$246,828.61

---

**3.14** Nonpriority creditor's name and mailing address

Glendale Capital Partners

PO Box 220034

Kirkwood, MO 63122-0034

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services Rendered

Is the claim subject to offset?
☑ No
☐ Yes

$4,000.00

---

**3.15** Nonpriority creditor's name and mailing address

Graphic Packaging

P.O. Box 404170

Atlanta, GA 30384

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services Rendered

Is the claim subject to offset?
☑ No
☐ Yes

$45,765.46

---

Debtor    **Empire Farmstead Brewery, Inc.**
Name

Case number *(if known)* _____

| Part 2: | Additional Page |

**3.16 Nonpriority creditor's name and mailing address**
Great Western Malting

P.O. Box 57585, Station A

Toronto, Ontario M5W 5M5,

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services Rendered

Is the claim subject to offset?
☑ No
☐ Yes

$307,852.13

**3.17 Nonpriority creditor's name and mailing address**
Hancock Estabrook LLP

1800 AXA Tower I, 100 Madison Street

Syracuse, NY 13202

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Legal Services Rendered

Is the claim subject to offset?
☑ No
☐ Yes

$14,984.00

**3.18 Nonpriority creditor's name and mailing address**
Harris Beach PLLC

333 W. Washington Street 200

Syracuse, NY 13202

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Legal Services Rendered

Is the claim subject to offset?
☑ No
☐ Yes

$85,727.87

**3.19 Nonpriority creditor's name and mailing address**
Huen Electric

1801 W. 16th Street

Broadview, IL 60155

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services Rendered

Is the claim subject to offset?
☑ No
☐ Yes

$53,045.80

**3.20 Nonpriority creditor's name and mailing address**
Inland Label and Marketing Services, LLC

120 E Washington St Ste 107

Syracuse, NY 13202-4087

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services Rendered

Is the claim subject to offset?
☑ No
☐ Yes

$25,224.34

Debtor   __Empire Farmstead Brewery, Inc._____     Case number (if known) _____
         Name

| **Part 2:** | **Additional Page** |

**3.21**
Nonpriority creditor's name and mailing address
Malt Handling, LLC

6355 N Broadway St Ste 16

Chicago, IL 60660-1485

Date or dates debt was incurred          _____

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services Rendered

Is the claim subject to offset?
☑ No
☐ Yes

$8,034.00

---

**3.22**
Nonpriority creditor's name and mailing address
MENA

3830 W Grant St

Milwaukee, WI 53215-2355

Date or dates debt was incurred          _____

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services Rendered

Is the claim subject to offset?
☑ No
☐ Yes

$57,598.53

---

**3.23**
Nonpriority creditor's name and mailing address
MVP Health Care, Inc.

PO Box 26864

New York, NY 10087-6864

Date or dates debt was incurred          _____

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Unpaid health insurance

Is the claim subject to offset?
☑ No
☐ Yes

$21,520.27

---

**3.24**
Nonpriority creditor's name and mailing address
O'Leary Law Office

104 Pleasant Street, PO Box 57

Manlius, NY 13104-0057

Date or dates debt was incurred          _____

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Legal Services Rendered

Is the claim subject to offset?
☑ No
☐ Yes

$8,135.00

---

**3.25**
Nonpriority creditor's name and mailing address
Renzi Foodservice

PO Box 23

Watertown, NY 13601-0023

Date or dates debt was incurred          _____

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services Rendered

Is the claim subject to offset?
☑ No
☐ Yes

$14,419.02

Debtor    __Empire Farmstead Brewery, Inc.__                    Case number *(if known)* _____
          Name

| **Part 2:** | **Additional Page** |
|---|---|

**3.26**  **Nonpriority creditor's name and mailing address**

Vermont Information Services

402 Watertower Cir

Colchester, VT 05446-5802

Date or dates debt was incurred            _____

Last 4 digits of account number      __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services Rendered

**Is the claim subject to offset?**
☑ No
☐ Yes

$11,084.58

---

**3.27**  **Nonpriority creditor's name and mailing address**

Vindigni, Betro & Walton PLLC

146 Madison St

Oneida, NY 13421-1745

Date or dates debt was incurred            _____

Last 4 digits of account number      __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Legal Services Rendered

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,300.00

---

**3.28**  **Nonpriority creditor's name and mailing address**

Waterloo Container

PO Box 262

Waterloo, NY 13165-0262

Date or dates debt was incurred            _____

Last 4 digits of account number      __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services Rendered

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,273.43

---

**3.29**  **Nonpriority creditor's name and mailing address**

YCH Hops

203 Division St

Yakima, WA 98902-4622

Date or dates debt was incurred            _____

Last 4 digits of account number      __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services Rendered

**Is the claim subject to offset?**
☑ No
☐ Yes

$33,745.45

Debtor    __Empire Farmstead Brewery, Inc._____    Case number *(if known)* _____
          Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
| --- | --- |

**5.**    Add the amounts of priority and nonpriority unsecured claims.

|  |  | **Total of claim amounts** |
| --- | --- | --- |
| 5a. **Total claims from Part 1** | 5a. | __$54,344.00_____ |
| 5b. **Total claims from Part 2** | 5b. **+** | __$1,158,430.36_____ |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | __$1,212,774.36_____ |

Fill in this information to identify the case:

Debtor name _____ Empire Farmstead Brewery, Inc. _____

United States Bankruptcy Court for the:
_____ Northern District of New York, Utica Division _____

Case number (if known): _____ Chapter ___11___

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1.  Does the debtor have any executory contracts or unexpired leases?

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Truck | NBT Bank |
| | State the term remaining | 28 months | Po Box 351 |
| | List the contract number of any government contract | | Norwich, NY 13815-0351 |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Computers | Apple Financial Services |
| | State the term remaining | 0 months | 300 E. John Carpenter Freeway |
| | List the contract number of any government contract | | Irving , TX 75062 |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Fill in this information to identify the case:

Debtor name _____ Empire Farmstead Brewery, Inc. _____

United States Bankruptcy Court for the:
_____ Northern District of New York, Utica Division _____

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 206H

# Schedule H: Codebtors                                                                            12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | **Check all schedules that apply:** |
| 2.1  Katleski, David | 33 Rippleton Rd<br>Street<br><br>Cazenovia, NY 13035-9601<br>City          State          ZIP Code | Greater Syracuse Bus. Dev.<br>Corp. | ☑ D<br>☐ E/F<br>☐ G |
| | | CNY Enterprise Development<br>Corp. | ☑ D<br>☐ E/F<br>☐ G |
| | | Madison County | ☑ D<br>☐ E/F<br>☐ G |
| | | Elm Services | ☑ D<br>☐ E/F<br>☐ G |
| | | Community Bank, N.A. | ☑ D<br>☐ E/F<br>☐ G |
| | | Feldmeier Equipment, Inc. | ☑ D<br>☐ E/F<br>☐ G |
| 2.2  _____ | Street<br><br>City          State          ZIP Code | | |

Debtor    Empire Farmstead Brewery, Inc. _____    Case number *(if known)* _____
       Name

## Additional Page if Debtor Has More Codebtors

*Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.*

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing Address | Name | Check all schedules that apply: |
| 2.3 _____ | Street _____<br>_____<br>City            State        ZIP Code | | |
| 2.4 _____ | Street _____<br>_____<br>City            State        ZIP Code | | |
| 2.5 _____ | Street _____<br>_____<br>City            State        ZIP Code | | |
| 2.6 _____ | Street _____<br>_____<br>City            State        ZIP Code | | |

Fill in this information to identify the case:

Debtor name _____ Empire Farmstead Brewery, Inc. _____

United States Bankruptcy Court for the:
        Northern District of New York, Utica Division

Case number (if known): _____    Chapter __11__

☐ Check if this is an
   amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

| **Part 1:** | **Summary of Assets** |
|---|---|

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

    1a. **Real Property:**
       Copy line 88 from *Schedule A/B*..................................................................................... | $0.00

    1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*................................................................................. | $434,071.54

    1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*................................................................................... | $434,071.54

| **Part 2:** | **Summary of Liabilities** |
|---|---|

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................ | $9,781,633.41

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................... | $54,344.00

    3b. **Total amount of claims of non-priority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................... | + $1,158,430.36

4. **Total liabilities**................................................................................................................ | $10,994,407.77
    Lines 2 + 3a + 3b

Fill in this information to identify the case:

Debtor name      Empire Farmstead Brewery, Inc.

United States Bankruptcy Court for the:
     Northern District of New York, Utica Division

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:  Income

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2019 to Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $1,903,074.00 |
| **For prior year:** | From 01/01/2018 to 12/31/2018<br>MM/ DD/ YYYY   MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $3,801,558.00 |
| **For the year before that:** | From 01/01/2017 to 12/31/2017<br>MM/ DD/ YYYY   MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $4,521,259.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None

| | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2019 to Filing date<br>MM/ DD/ YYYY | | |
| **For prior year:** | From 01/01/2018 to 12/31/2018<br>MM/ DD/ YYYY   MM/ DD/ YYYY | | |
| **For the year before that:** | From 01/01/2017 to 12/31/2017<br>MM/ DD/ YYYY   MM/ DD/ YYYY | Grant | $429,880.00 |

Debtor     Empire Farmstead Brewery, Inc.                              Case number (if known) _____
           Name

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |

**3.  Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|
| 3.1.  Village of Cazenovia<br>Creditor's name<br><br>90 Albany St<br>Street<br><br>Cazenovia, NY 13035-1207<br>City          State     ZIP Code | | $8,318.99 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other  Taxes |
| 3.2.  Andy's Produce<br>Creditor's name<br><br>101 W Court St<br>Street<br><br>Syracuse, NY 13204-1328<br>City          State     ZIP Code | | $18,057.05 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |
| 3.3.  Renzi Foodservice<br>Creditor's name<br><br>PO Box 23<br>Street<br><br>Watertown, NY 13601-0023<br>City          State     ZIP Code | | $128,576.87 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other |
| 3.4.  Hill & Markes Inc.<br>Creditor's name<br><br>PO Box 7<br>Street<br><br>Amsterdam, NY 12010-0007<br>City          State     ZIP Code | | $8,871.01 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other |
| 3.5.  McCraith Beverages<br>Creditor's name<br><br>20 Burrstone Rd<br>Street<br><br>New York Mills, NY 13417-1508<br>City          State     ZIP Code | | $10,198.40 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |

Debtor    Empire Farmstead Brewery, Inc.                                    Case number *(if known)* _____
_____
Name

| | | | |
|---|---|---|---|
| 3.6. | Country Malt - North Country | $62,468.36 | ☐ Secured debt |
| | Creditor's name | | ☐ Unsecured loan repayments |
| | PO Box 51602 | | ☑ Suppliers or vendors |
| | Street | | ☐ Services |
| | | | ☐ Other _____ |
| | Los Angeles, CA 90051-5902 | | |
| | City          State     ZIP Code | | |

| | | | |
|---|---|---|---|
| 3.7. | Ardagh Group | $9,970.60 | ☐ Secured debt |
| | Creditor's name | | ☐ Unsecured loan repayments |
| | PO Box 417913 | | ☐ Suppliers or vendors |
| | Street | | ☑ Services |
| | | | ☐ Other _____ |
| | Boston, MA 02241-7913 | | |
| | City          State     ZIP Code | | |

| | | | |
|---|---|---|---|
| 3.8. | Erie Insurance | $11,674.99 | ☐ Secured debt |
| | Creditor's name | | ☐ Unsecured loan repayments |
| | 100 Erie Place | | ☐ Suppliers or vendors |
| | Street | | ☑ Services |
| | | | ☐ Other _____ |
| | Erie, PA 16530-0001 | | |
| | City          State     ZIP Code | | |

| | | | |
|---|---|---|---|
| 3.9. | Heartland Payment Systems, LLC | $21,652.56 | ☐ Secured debt |
| | Creditor's name | | ☐ Unsecured loan repayments |
| | 1 Heartland Way | | ☐ Suppliers or vendors |
| | Street | | ☑ Services |
| | | | ☐ Other _____ |
| | Jeffersonvile, IN 47130-5870 | | |
| | City          State     ZIP Code | | |

| | | | |
|---|---|---|---|
| 3.10. | National Grid | $27,493.02 | ☐ Secured debt |
| | Creditor's name | | ☐ Unsecured loan repayments |
| | PO Box 11742 | | ☐ Suppliers or vendors |
| | Street | | ☑ Services |
| | | | ☐ Other _____ |
| | Newark, NJ 07101-4742 | | |
| | City          State     ZIP Code | | |

| | | | |
|---|---|---|---|
| 3.11. | Excellus BCBS | $18,879.88 | ☐ Secured debt |
| | Creditor's name | | ☐ Unsecured loan repayments |
| | PO Box 5266 | | ☐ Suppliers or vendors |
| | Street | | ☑ Services |
| | | | ☐ Other _____ |
| | Binghamton, NY 13902-5266 | | |
| | City          State     ZIP Code | | |

**4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

Debtor    Empire Farmstead Brewery, Inc.    Case number *(if known)* _____
_____
Name

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  Empire Brewing Company | 05/07/2019 | $24,000.00 | Loans |
| Creditor's name | | | |
| 120 Walton St | 05/31/2019 | | |
| Street | | | |
| | 07/01/2019 | | |
| Syracuse, NY 13202-1179 | | | |
| City                 State        ZIP Code | | | |
| **Relationship to debtor** | | | |
| Affiliate | | | |
| 4.2.  Katleski, David | | $33,749.78 | Salary year to date for 2019. |
| Creditor's name | | | |
| 33 Rippleton Rd | | | |
| Street | | | |
| | | | |
| Cazenovia, NY 13035-9601 | | | |
| City                 State        ZIP Code | | | |
| **Relationship to debtor** | | | |
| President | | | |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. | | | |
| Creditor's name | | | |
| Street | | | |
| | | | |
| City                 State        ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 5.1. | | | |
| Creditor's name | | | |
| Street | XXXX– __ __ __ __ | | |
| | | | |
| City                 State        ZIP Code | | | |

Debtor    Empire Farmstead Brewery, Inc.                          Case number *(if known)* _____
          Name

---

## Part 3: Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Inland Label & Marketing Service, LLC v. Empire Farmstead Brewery, Inc. | Breach of Contract | Supreme Court of the State of New York, County of Madison — Name<br>PO Box 545 — Street<br>Madison County Courthouse<br>Wampsville, NY 13163-0545 — City / State / ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br>2018-1364 | | | |
| 7.2. | Gerharz Equipment Inc. v. Empire Farmstead Brewery Inc. | Breach of Contract/Account Stated | Supreme Court of the State of New York, County of Onondaga — Name<br>401 Montgomery St — Street<br>Onondaga County Courthouse<br>Syracuse, NY 13202-2151 — City / State / ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br>005396/2019 | | | |
| 7.3. | G&D Chillers, Inc., an Oregon Domestic Corporation v. David Katleski and Empire Farmstead Brewery, a New York Corporation, doing business in Oregon | Breach of Contract/Account Stated/Unjust Enrichment | Circuit Court of the State of Oregon for the County of Lane — Name<br>135 E 8th Ave — Street<br>Eugene, OR 97401 — City / State / ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br>18CV56901 | | | |
| 7.4. | Feldmeier Equipment, Inc. v. David Katleski, Empire Farmstead Brewery, Inc. | Breach of Contract and Replevin. | Supreme Court of the State of New York, County of Onondaga — Name<br>401 Montgomery St — Street<br>Onondaga County Courthouse<br>Syracuse, NY 13202-2151 — City / State / ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br>000104/2019 | | | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

---

Debtor    Empire Farmstead Brewery, Inc.                                   Case number *(if known)* _____
          Name

| 8.1. | Custodian's name and address | Description of the property | Value |
|---|---|---|---|

Custodian's name

Street

City                    State    ZIP Code

Case title

Case number

Date of order or assignment

Court name and address

Name

Street

City                    State    ZIP Code

---

## Part 4:    Certain Gifts and Charitable Contributions

**9.   List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|

Recipient's name

Street

City                    State    ZIP Code

Recipient's relationship to debtor

---

## Part 5:    Certain Losses

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|

10.1.

---

## Part 6:    Certain Payments or Transfers

**11.  Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

---

Debtor   Empire Farmstead Brewery, Inc.                              Case number (if known) _____
         Name

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | Harris Beach PLLC | Legal services provided | 09/26/2018 | $45,125.00 |
| | | Legal services provided | 10/09/2018 | $11,542.50 |
| | **Address** | | | |
| | 333 W. Washington Street 200 | | | |
| | Street | | | |
| | | | | |
| | Syracuse, NY 13202 | | | |
| | City          State      ZIP Code | | | |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |
| | Empire Farmstead Brewery, Inc. | | | |

| 11.2. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | Harris Beach PLLC | | | |
| | **Address** | | | |
| | 333 W. Washington Street 200 | | | |
| | Street | | | |
| | | | | |
| | Syracuse, NY 13202 | | | |
| | City          State      ZIP Code | | | |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |
| | See attached | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | **Trustee** | | | |
| | | | | |

Debtor    Empire Farmstead Brewery, Inc.                               Case number (if known) _____
_____
Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | **Address** | | | |
| | Street | | | |
| | City          State    ZIP Code | | | |
| | **Relationship to debtor** | | | |

---

## Part 7:    Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1.  Street | From _____  To _____ |
| City          State    ZIP Code | |

---

## Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
— diagnosing or treating injury, deformity, or disease, or
— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

Debtor  Empire Farmstead Brewery, Inc.                                    Case number *(if known)* _____
        Name

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. | | |
| Facility name | | |
| Street | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
| City        State        ZIP Code | | *Check all that apply:*<br>☐ Electronically<br>☐ Paper |

## Part 9: Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**
    ☑ No.
    ☐ Yes. State the nature of the information collected and retained. _____

        Does the debtor have a privacy policy about that information?
        ☐ No
        ☐ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**
    ☑ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?
        ☐ No. Go to Part 10.
        ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

        Has the plan been terminated?
        ☐ No
        ☐ Yes

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.
    ☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

Debtor    Empire Farmstead Brewery, Inc.                                    Case number *(if known)* _____
          Name

18.1    _____  XXXX–__ __ __ __    ☐ Checking          _____  _____
        Name                                                   ☐ Savings
        _____                      ☐ Money market
        Street                                                 ☐ Brokerage
        _____                      ☐ Other
        _____
        City              State    ZIP Code

## 19. Safe deposit boxes

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name _____ | _____ | _____ | ☐ No |
| Street _____ | _____ | _____ | ☐ Yes |
| _____ | **Address** | | |
| City    State    ZIP Code | _____ | | |

## 20. Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name _____ | _____ | _____ | ☐ No |
| Street _____ | _____ | _____ | ☐ Yes |
| _____ | **Address** | | |
| City    State    ZIP Code | _____ | | |

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

### 21. Property held for another

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

Debtor    Empire Farmstead Brewery, Inc.                                    Case number *(if known)* _____
          Name

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Katleski, David<br>Name<br><br>33 Rippleton Rd<br>Street<br><br>Cazenovia           NY<br>13035-9601<br>City          State    ZIP Code | 33 Rippleton Road<br><br><br>Cazenovia, NY 13035 | See attachment. | $0.00 |

## Part 12:  Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
    Include settlements and orders.
    ☑ No
    ☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____<br><br>Case number<br>_____ | Name<br>_____<br>Street<br>_____<br><br>City          State    ZIP Code | _____<br>_____<br>_____ | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**
    ☐ No
    ☑ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name<br>33 Rippleton Road<br>Street<br><br>Cazenovia      NY    13035<br>City          State    ZIP Code | Town of Cazenovia Water Pollution Control Facility<br>Name<br>7 Albany Street<br>Street<br><br>Cazenovia      NY    13035<br>City          State    ZIP Code | Waste water permit discharge violation. | 10/10/2018 |

Debtor    Empire Farmstead Brewery, Inc._____    Case number (if known) _____
            Name

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | _____ | _____ |
| Street | Street | _____ | |
| City          State    ZIP Code | City          State    ZIP Code | | |

---

**Part 13: Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. Name _____ Street _____ City          State    ZIP Code | _____ | EIN: __ __ – __ __ __ __ __ __ __ Dates business existed From _____   To _____ |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. Empire Farmstead Brewery, Inc. Name 33 Rippleton Rd Street Cazenovia, NY 13035 City          State       ZIP Code | From _____   To _____ |

Debtor    Empire Farmstead Brewery, Inc.                                    Case number (if known) _____
          Name

| Name and address | Dates of service |
|---|---|
| 26a.2.  C & A Accounting Associates, PC | From _____  To _____ |
| Name | |
| 114 Kreischer Road 6A | |
| Street | |
| | |
| North Syracuse, NY 13212 | |
| City          State          ZIP Code | |

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a
      financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1.  Community Bank, N.A. | From _____  To _____ |
| Name | |
| PO Box 628 | |
| Street | |
| | |
| Olean, NY 14760-0628 | |
| City          State          ZIP Code | |

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  Verbeck Associates | |
| Name | |
| 4509 E Lake Rd | |
| Street | |
| | |
| Cazenovia, NY 13035-9350 | |
| City          State          ZIP Code | |

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued
      a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| 26d.1. |
| Name |
| Street |
| |
| City          State          ZIP Code |

| Debtor | Empire Farmstead Brewery, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

| Name and address of the person who has possession of inventory records |
|---|

| 27.1. | |
|---|---|
| | Name |
| | Street |
| | City                    State              ZIP Code |

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| David Katleski | 33 Rippleton Road Cazenovia, NY 13035 | President, | 100.00 % |

## 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | From _____ |
| | | | To _____ |

## 30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

Debtor    Empire Farmstead Brewery, Inc.                                      Case number (if known) _____
          Name

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Katleski, David | See Part 2. | | Salary for 2019 year to date. |
| Name | | | |
| 33 Rippleton Rd | | | |
| Street | | | |
| Cazenovia, NY 13035-9601 | | | |
| City          State     ZIP Code | | | |
| **Relationship to debtor** | | | |
| President | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**
☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**
☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

## Part 14:  Signature and Declaration

Debtor    Empire Farmstead Brewery, Inc.                                Case number *(if known)* _____
          Name

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____08/20/2019_____
            MM/ DD/ YYYY

X _____
                /s/ David Katleski
        Signature of individual signing on behalf of the debtor

        Position or relationship to debtor
        _____President_____

Printed name _____David Katleski_____

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) **attached?**
☑ No
☐ Yes

**Empire Farmstead Brewery, Inc.**

**Statement of Financial Affairs**

Part 11, Question 21 Attachment

(1) 20' Extension ladder; (2) American flag; (3) Ping-Pong table; (4) Eleven award banners; (5) Beer can chalk board; (6) Four live edge wooden tables; (7) Toby mug collection; (8) Growler lamp; (9) Misc. art and memorabilia; (10) RCA dog; (11) Three televisions; (12) One barn table - in foyer; (13) Fourteen plastic rods; (14) Eight beer hall tables; (15) Sixteen benches; (16) Elvis lamp; (17) stereo and speakers; (18) records and cd's; (19) three Deb Webster paintings; (20) two copiers; (21) one paper shredder; and (22) six Apple desk top computers.

<table>
<tr><td colspan="2">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td>Empire Farmstead Brewery, Inc.</td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the:<br>Northern District of New York, Utica Division</td></tr>
<tr><td colspan="2">Case number (if known):</td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Alcohol and Tobacco Tax and Trade Bureau<br>TTB Excise Tax<br>PO Box 790353<br>St. Louis, 63179-0353 | Alcohol and Tobacco Tax and Trade Bureau | Taxes | | | | $19,705.00 |
| 2 | CNY Enterprise Development Corp.<br>126 N Salina St Ste 200<br>Syracuse, 13202-1065 | CNY Enterprise Development Corp. | Second security interest on all, among other things, inventory, equipment, fixtures and accounts. | | $54,320.88 | $411,071.54 | $54,320.88 |
| 3 | Community Bank, N.A.<br>PO Box 628<br>Olean, 14760-0628 | Community Bank, N.A. | First security interest on all, among other things, equipment, inventory, and accounts receivable. | | $9,254,384.52 | $411,071.54 | $8,843,312.98 |
| 4 | Feldmeier Equipment, Inc.<br>6800 Townline Road, PO Box 474<br>Syracuse, 13211-0474 | Feldmeier Equipment, Inc. | Third security interest on certain equipment. | | | | $295,385.99 |
| 5 | G&D Chillers, Inc.<br>760 Bailey Hill Rd<br>Eugene, 97402-5451 | G&D Chillers, Inc. | Services and equipment rendered | | | | $16,097.20 |
| 6 | Gamer Packaging<br>330 2nd Ave S Ste 895<br>Minneapolis, 55401-2302 | Gamer Packaging<br>(612) 788-4444 | Services Rendered | | | | $41,582.46 |
| 7 | GEA Mechanical Equipment<br>100 Fairway Court<br>Northvale, 07647 | GEA Mechanical Equipment | Services Rendered | | | | $126,000.00 |
| 8 | Gerharz Equipment Inc.<br>6146 E Molloy Rd<br>East Syracuse, 13057-1020 | Gerharz Equipment Inc. | Goods and services rendered | Disputed | | | $246,828.61 |

| Debtor | Empire Farmstead Brewery, Inc. | | Case number *(if known)* | |
|--------|--------------------------------|--|---------------------------|--|
| | Name | | | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Graphic Packaging<br>P.O. Box 404170<br>Atlanta, 30384 | Graphic Packaging | Services Rendered | | | | $45,765.46 |
| 10 | Great Western Malting<br>P.O. Box 57585, Station A<br>Toronto, Ontario M5W 5M5, | Great Western Malting | Services Rendered | | | | $307,852.13 |
| 11 | Greater Syracuse Bus. Dev. Corp.<br>101 S Salina St Ste 1030<br>Syracuse, 13202-4303 | Greater Syracuse Bus. Dev. Corp.<br>(315) 373-0348 | Second security interest on all, among other things, inventory, equipment, fixtures, and accounts. | | $54,320.88 | $411,071.54 | $54,320.88 |
| 12 | Harris Beach PLLC<br>333 W. Washington Street 200<br>Syracuse, 13202 | Harris Beach PLLC | Legal Services Rendered | | | | $85,727.87 |
| 13 | Huen Electric<br>1801 W. 16th Street<br>Broadview, 60155 | Huen Electric | Services Rendered | | | | $53,045.80 |
| 14 | Inland Label and Marketing Services, LLC<br>120 E Washington St Ste 107<br>Syracuse, 13202-4087 | Inland Label and Marketing Services, LLC | Services Rendered | | | | $25,224.34 |
| 15 | Madison County<br>3215 Seneca Tpke<br>Canastota, 13032-3511 | Madison County | Second secuirty interest on all, among other things, inventory, equipment, fixtures and accounts. | | $100,421.99 | $411,071.54 | $100,421.99 |
| 16 | MENA<br>3830 W Grant St<br>Milwaukee, 53215-2355 | MENA | Services Rendered | | | | $57,598.53 |
| 17 | MVP Health Care, Inc.<br>PO Box 26864<br>New York, 10087-6864 | MVP Health Care, Inc. | Unpaid health insurance | | | | $21,520.27 |
| 18 | NBT Bank<br>Po Box 351<br>Norwich, 13815-0351 | NBT Bank | Automobile Loan | | $22,799.15 | $23,000.00 | $0.00 |
| 19 | NYS Commissioner of Taxation and Finance<br>NYS Assessment Receivables<br>PO Box 4127<br>Binghamton, 13902-4127 | NYS Commissioner of Taxation and Finance | Alcoholic Beverage Tax | | | | $34,639.00 |
| 20 | YCH Hops<br>203 Division St<br>Yakima, 98902-4622 | YCH Hops | Services Rendered | | | | $33,745.45 |

B2030 (Form 2030)(12/15)

# United States Bankruptcy Court
## Northern District of New York

**In re**

Empire Farmstead Brewery, Inc.                              Case No. _____

**Debtor(s)**                                                        Chapter _____11_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . .    See Attached_____

    Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . .    See Attached_____

    Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    See Attached_____

2.  The source of the compensation to be paid to me was:

    ☐ Debtor                    ☑ Other (specify) See attached

3.  The source of compensation to be paid to me is:

    ☐ Debtor                    ☑ Other (specify) See attached

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

08/20/2019                                /s/ Lee E Woodard
_____                           _____
Date                                      Signature of Attorney

                                          Lee E Woodard
                                          Harris Beach, PLLC
                                          333 W. Washington Street, Ste. 200
                                          Syracuse, NY 13202
                                          Phone: (315) 423-7100

Harris Beach, PLLC
_____
Name of law firm

<u>Addendum to Attorney Fees Disclosure</u>

Harris Beach's general representation of the Empire Farmstead Brewery, Inc. ("EFB") and Empire Brewing Properties, LLC ("EP") (collectively, the "Debtors") has been on-going for over 2 years. Approximately 1 ½ years ago the Debtors were experiencing financial difficulties and its prime secured lender, Community Bank ("CBS"), began demands to have its debt retired or replaced. The Debtors sought Harris Beach's representation in the negotiations with CB.

Harris Beach began negotiating with CBS. The Debtors had already engaged the services of an investment banker in the hopes of finding an investor to acquire a minority position in the Debtors. It became abundantly clear that an investor was not the most viable option to deal with the financial problems that existed. Harris Beach re-tasked the investment bankers to find a buyer in the distressed market. After many months of searching and going through hundreds of leads, there was not one offer that was acceptable to CBS or the Debtors.

By December of 2018 the Debtors were just able to cover their operating expenses. They were not paying any debt service to CBS and were unable to maintain any payment towards the accumulated attorney's fees. Therefore, continued representation was threatened. At that time however, a potential buyer had been located and negotiations were underway towards a sale of the Debtor's assets that both CBS and the Debtors could agree to. In order to continue to negotiate a sale, through a chapter 11 section 363 process or otherwise, CBS agreed to fund a certain amount of attorney's fees. The negotiation with this buyer, however, became protracted and did not become complete until early August 2019 with the signing of an APA. The Debtors had no available funds to pay accumulated attorney's fees let alone more fees in order to file a chapter 11 bankruptcy. To be able to conduct a sale of the Debtor's assets and have a business for the buyer to continue, to retain jobs and get some return to creditors, a payment of attorney's fees was negotiated whereby the buyers, through a contingent carve-out agreement with CBS, would pay $100,000 towards existing fees and post filing fees.

At the time of the preparation of the schedules for filing, the Debtors had an account balance of $92,460.00 with Harris Beach. In order to facilitate the filing and subsequent 363 sale process, Harris Beach has agreed to apply $77,000.00 towards the pre-petition fees and retain $23,000.00 to apply to post-petition court approved fees. The balance of the pre-petition attorney's fees will be waived.

One additional disclosure must be provided. Throughout this same time period Harris Beach has also represented, Empire Brewing Company Inc. ("EBC"). While it has the same individual ownership and is included in the secured debt collateral, it is not physically located with the Debtors and is independent from the Debtors. EBC has different licensing and creates product solely for consumption in its premises.

EBC likewise was unable to maintain the payment of the attorney's fees and Harris Beach obtained a consent judgment against EBC for $50,000.00. In lieu of collection efforts, EBC agreed to provide a junior collateral security interest in the intellectual property held by

1

EBC. That interest is junior and subordinate to the approximately $9.2 million dollar security interest of CBS.

It is respectfully submitted that the judgment against EBC does not render Harris Beach non-disinterested. Were it not for the unique business driven circumstances presented here these Debtors would have been forced out of business and liquidated long ago. They certainly would not have the financial wherewithal to enter chapter 11 bankruptcies and sell their assets to a buyer who will continue to grow jobs and provide an economic return to the area.

All of the above will be before the court in affidavit form accompanying the application to appoint Harris Beach as counsel for the Debtors, but it is set forth here as part of the initial fee disclosure so that the court is aware of the unique circumstances that exist in getting this case filed and to what we hope will be a successful sale procedure.

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**
**UTICA DIVISION**

IN RE: **Empire Farmstead Brewery, Inc.**

                                                            CASE NO

                                                            CHAPTER **11**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date _____08/20/2019_____    Signature _____
                                                            /s/ David Katleski
                                                            David Katleski, President

**Alcohol and Tobacco Tax and
Trade Bureau**
TTB Excise Tax
PO Box 790353
St. Louis, MO 63179-0353

**Aloi Materials Handling &
Automation**
140 Commerce Dr
Rochester, NY 14623-3504

**Apple Financial Services**
300 E. John Carpenter Freeway
Irving , TX 75062

**ASCAP**
21678 Network Pl
Chicago, IL 60673-1216

**BSG CraftBrewing**
PO Box 74769
Chicago, IL 60694-4769

**Cascades Containerboard
Packaging**
PO Box 7575
Lancaster, NY 14086-7575

**CNY Enterprise Development
Corp.**
126 N Salina St Ste 200
Syracuse, NY 13202-1065

**Community Bank, N.A.**
PO Box 628
Olean, NY 14760-0628

**Country Malt - North Country**
PO Box 51602
Los Angeles, CA 90051-5902


**DaylightBLUE Media**
224 Scottham Terrace
Syracuse, NY 13224


**Deer Hill Farm LLC**
4117 Burlingame Road
Cazenovia, NY 13035


**Elm Services**
PO Box 15270
Irvine, CA 92623-5270


**Farmer Boy AG**
1133 NY-318
Waterloo, NY 13165


**Feldmeier Equipment, Inc.**
6800 Townline Road,PO Box 474
Syracuse, NY 13211-0474


**G&D Chillers, Inc.**
760 Bailey Hill Rd
Eugene, OR 97402-5451


**Gamer Packaging**
330 2nd Ave S Ste 895
Minneapolis, MN 55401-2302

**Gartner Equipment Company, Inc.**
302 Sand St, P.O. Box 11199
Syracuse, NY 13204-1234

**GEA Mechanical Equipment**
100 Fairway Court
Northvale, NJ 07647

**Gerharz Equipment Inc.**
6146 E Molloy Rd
East Syracuse, NY 13057-1020

**Glendale Capital Partners**
PO Box 220034
Kirkwood, MO 63122-0034

**Graphic Packaging**
P.O. Box 404170
Atlanta, GA 30384

**Great Western Malting**
P.O. Box 57585, Station A
Toronto, Ontario M5W 5M5

**Greater Syracuse Bus. Dev. Corp.**
101 S Salina St Ste 1030
Syracuse, NY 13202-4303

**Hancock Estabrook LLP**
1800 AXA Tower I, 100 Madison Street
Syracuse, NY 13202

**Harris Beach PLLC**
333 W. Washington Street 200
Syracuse, NY 13202


**Huen Electric**
1801 W. 16th Street
Broadview, IL 60155


**Inland Label and Marketing
Services, LLC**
120 E Washington St Ste 107
Syracuse, NY 13202-4087


**David Katleski**
33 Rippleton Rd
Cazenovia, NY 13035-9601


**Madison County**
3215 Seneca Tpke
Canastota, NY 13032-3511


**Malt Handling, LLC**
6355 N Broadway St Ste 16
Chicago, IL 60660-1485


**MENA**
3830 W Grant St
Milwaukee, WI 53215-2355


**MVP Health Care, Inc.**
PO Box 26864
New York, NY 10087-6864

**NBT Bank**
Po Box 351
Norwich, NY 13815-0351


**NYS Commissioner of
Taxation and Finance**
NYS Assessment Receivables
PO Box 4127
Binghamton, NY 13902-4127

**O'Leary Law Office**
104 Pleasant Street, PO Box 57
Manlius, NY 13104-0057


**Renzi Foodservice**
PO Box 23
Watertown, NY 13601-0023


**Vermont Information
Services**
402 Watertower Cir
Colchester, VT 05446-5802


**Vindigni, Betro & Walton PLLC**
146 Madison St
Oneida, NY 13421-1745


**Waterloo Container**
PO Box 262
Waterloo, NY 13165-0262


**Wells Fargo Vendor Financial
Services**
WFEF PA Payoff Checks
P.O. Box 310590
Des Moines, IA 50331

**YCH Hops**
203 Division St
Yakima, WA 98902-4622

**Alcohol and Tobacco Tax and Trade Bureau**
TTB Excise Tax
PO Box 790353
St. Louis, MO 63179-0353

**Aloi Materials Handling & Automation**
140 Commerce Dr
Rochester, NY 14623-3504

**Apple Financial Services**
300 E. John Carpenter Freeway
Irving , TX 75062

**ASCAP**
21678 Network Pl
Chicago, IL 60673-1216

**BSG CraftBrewing**
PO Box 74769
Chicago, IL 60694-4769

**Cascades Containterboard Packaging**
PO Box 7575
Lancaster, NY 14086-7575

**CNY Enterprise Development Corp.**
126 N Salina St Ste 200
Syracuse, NY 13202-1065

**Community Bank, N.A.**
PO Box 628
Olean, NY 14760-0628

**Country Malt – North Country**
PO Box 51602
Los Angeles, CA 90051-5902

**DaylightBLUE Media**
224 Scottham Terrace
Syracuse, NY 13224

**Deer Hill Farm LLC**
4117 Burlingame Road
Cazenovia, NY 13035

**Elm Services**
PO Box 15270
Irvine, CA 92623-5270

**Farmer Boy AG**
1133 NY-318
Waterloo, NY 13165

**Feldmeier Equipment, Inc.**
6800 Townline Road,PO Box 474
Syracuse, NY 13211-0474

**G&D Chillers, Inc.**
760 Bailey Hill Rd
Eugene, OR 97402-5451

**Gamer Packaging**
330 2nd Ave S Ste 895
Minneapolis, MN 55401-2302

**Gartner Equipment Company, Inc.**
302 Sand St, P.O. Box 11199
Syracuse, NY 13204-1234

**GEA Mechanical Equipment**
100 Fairway Court
Northvale, NJ 07647

**Gerharz Equipment Inc.**
6146 E Molloy Rd
East Syracuse, NY 13057-1020

**Glendale Capital Partners**
PO Box 220034
Kirkwood, MO 63122-0034

**Graphic Packaging**
P.O. Box 404170
Atlanta, GA 30384

**Great Western Malting**
P.O. Box 57585, Station A
Toronto, Ontario M5W 5M5

**Greater Syracuse Bus. Dev. Corp.**
101 S Salina St Ste 1030
Syracuse, NY 13202-4303

**Hancock Estabrook LLP**
1800 AXA Tower I, 100 Madison Street
Syracuse, NY 13202

**Harris Beach PLLC**
333 W. Washington Street 200
Syracuse, NY 13202

**Huen Electric**
1801 W. 16th Street
Broadview, IL 60155

**Inland Label and Marketing
Services, LLC**
120 E Washington St Ste 107
Syracuse, NY 13202-4087

**David Katleski**
33 Rippleton Rd
Cazenovia, NY 13035-9601

**Madison County**
3215 Seneca Tpke
Canastota, NY 13032-3511

**Malt Handling, LLC**
6355 N Broadway St Ste 16
Chicago, IL 60660-1485

**MENA**
3830 W Grant St
Milwaukee, WI 53215-2355

**MVP Health Care, Inc.**
PO Box 26864
New York, NY 10087-6864

**NBT Bank**
Po Box 351
Norwich, NY 13815-0351


**NYS Commissioner of
Taxation and Finance**
NYS Assessment Receivables
PO Box 4127
Binghamton, NY 13902-4127

**O'Leary Law Office**
104 Pleasant Street, PO Box 57
Manlius, NY 13104-0057


**Renzi Foodservice**
PO Box 23
Watertown, NY 13601-0023


**Vermont Information
Services**
402 Watertower Cir
Colchester, VT 05446-5802


**Vindigni, Betro & Walton PLLC**
146 Madison St
Oneida, NY 13421-1745


**Waterloo Container**
PO Box 262
Waterloo, NY 13165-0262


**Wells Fargo Vendor Financial
Services**
WFEF PA Payoff Checks
P.O. Box 310590
Des Moines, IA 50331

**YCH Hops**
203 Division St
Yakima, WA 98902-4622